| UNITED STATES BANKRUPTCY COURT | November 3, 2025 |
| --- | --- |
| EASTERN DISTRICT OF NEW YORK | 10:00 A.M. |

=================================X

IN RE:  Case No. 125-42962-ESS

DIANE E TURNER-STEER,  Hon. ELIZABETH S. STONG

**NOTICE OF MOTION**

     Debtor.

=================================X

   PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 271 Cadman Plaza East, Brooklyn, New York Courtroom 3585, on November 3, 2025 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

   **Unless the Court orders otherwise, the hearing on this Motion to Dismiss application will be held remotely by video and an in-person appearance at the Courthouse will not be required.**

   To appear remotely, please register your appearance at least two business days before the hearing. Dial-in instructions will be provided prior to the hearing. The web link for registering for a court hearing appearance is https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl and instructions are posted on the Court's website at https://www.nyeb.uscourts.gov/node/2126 **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

   Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date: Jericho, New York
    October 16, 2025         /s/ Krista M. Preuss
                   KRISTA M. PREUSS, TRUSTEE
                   100 JERICHO QUADRANGLE, STE 127
                   JERICHO, NY 11753
                   (516) 622-1340

| UNITED STATES BANKRUPTCY COURT | November 3, 2025 |
| EASTERN DISTRICT OF NEW YORK | 10:00 A.M. |

=================================X
IN RE:                                                                    Case No: 125-42962-ESS

DIANE E TURNER-STEER,                                      Hon. ELIZABETH S. STONG

**APPLICATION**

                        Debtor.
=================================X

TO THE HONORABLE ELIZABETH S. STONG U.S. BANKRUPTCY JUDGE:

Hanin R. Shadood, staff attorney to Krista M. Preuss, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 24, 2025, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

2. On June 24, 2025, the Debtor filed a request for temporary waiver of the credit counseling requirement. The Court entered an order granting Debtor's time to file a credit counseling certificate to July 24, 2025. However, as of the date of this application the Debtor has failed to file a Certificate of Credit Counseling from an approved nonprofit budget credit counseling agency as required by 11 U.S.C. § 521(b)(1). It therefore appears that the Debtor is not eligible to be a debtor under 11 U.S.C. §109(h), and this case must be dismissed.

3. The Debtor has failed to comply with 11 U.S.C. §521(a)(1) and Bankruptcy Rule 1007(b) in that the following required documents have not been filed:

   a. Official Form 122C-1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period pursuant to 11 U.S.C. §521(a)(1)(B)(v); and

   b. complete schedules of assets and liabilities pursuant to 11 U.S.C. §521(a)(1)(B)(i); and

   c. schedules I and J pursuant to 11 U.S.C. §521(a)(1)(B)(ii); and

   d. statement of Financial Affairs pursuant to 11 U.S.C. §521(a)(1)(B)(iii); and

   e. copies of all payment advices or other evidence of payment for last 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor pursuant to 11 U.S.C. §521(a)(1)(B)(iv).

4. The time limits set forth in Bankruptcy Rule 1007(c) have expired and no extension of time has been granted by the Court.

5. Furthermore, the Debtor has failed to:

   a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

   b. file a Chapter 13 Plan, pursuant to by 11 U.S.C §1321 and Fed. R. Bankr. P. 3015(b); and

      c.   provide the Trustee with a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i); and

      d.   file and provide the Trustee with a copy of an affidavit by the Debtor stating the Debtor has paid all amounts that are required to be paid under a domestic support obligation or that the Debtor has no domestic support obligations as required by E.D.N.Y. LBR 2003-1(b)(ii) and (c); and

      e.   file and provide the Trustee with a copy of affidavit from the Debtor stating whether the Debtor has filed all applicable federal, state and local tax returns under the Bankruptcy Code Section 1308 as required by E.D.N.Y. LBR 2003-1(b)(iii) and (c); and

      f.   be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343.

6.    A delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

7.    Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case, and such other and further relief as may seem just and proper.

Dated: Jericho, New York
       October 16, 2025

                                                  *s/Hanin R. Shadood*
                                                  Hanin R. Shadood, Staff Attorney
                                                  Chapter 13 Trustee Krista M. Preuss

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Case No: 125-42962-ESS
IN RE:
   CERTIFICATE OF SERVICE
  DIANE E TURNER-STEER,

                              Debtor.
------------------------------------------------------------X

      I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

DIANE E TURNER-STEER
116-14 139 STREET
JAMAICA, NY 11436


Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

Wells Fargo Bank, N.A. c/o Logs Legal Network, sbarak@logs.com


Transmission times for electronic delivery are Eastern Time zone.

This October 16, 2025


s/Hanin R. Shadood
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Ste 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 125-42962-ESS
Hon. ELIZABETH S. STONG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
========================================================================
IN RE:

DIANE E TURNER-STEER,

        Debtor.
========================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

========================================================================

KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340