

| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 171.11 | 6645.68 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1178.36 | 31965.81 | Social Security Emplo | 128.92 | 4049.14 | 0000000000 | 202757 |
| XX Overtime Pay | 617.71 | 18754.81 | Medicare Employee | 30.15 | 946.98 | | |
| XX Lunch Worked | 125.87 | 3346.33 | SIT Withheld (NY) | 86.99 | 2981.09 | PAY START DATE | PAY END DATE |
| XX Holiday Overtim | 0.00 | 754.30 | City Withheld (Baysid | 64.53 | 2172.10 | 11/16/25 | 11/29/25 |
| XX Regular Hours R | 0.00 | 563.04 | XX Union Dues - 119 | 29.23 | 876.54 | | |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Vol STD | 16.08 | 402.00 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 360.00 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 157.34 | 1833.84 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 2144.20 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 3514.33 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Holiday Leave Entitlement E | 20.98 | 7.50 |
| XX Regular Hours | 20.98 | 56.17 |
| XX Lunch Worked | 20.98 | 6.00 |
| XX Overtime Pay | 31.47 | 19.63 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 59.71 | 1537.87 |
| 2079.28 | 481.70 | | |
| 65308.68 | 16794.99 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 12/05/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 410.12 | 6474.57 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1211.51 | 30787.45 | Social Security Emplo | 206.47 | 3920.22 | | |
| XX Overtime Pay | 1166.84 | 18137.10 | Medicare Employee | 48.29 | 916.83 | 0000000000 | 202757 |
| XX Holiday Overtim | 511.35 | 754.30 | SIT Withheld (NY) | 155.79 | 2894.10 | | |
| XX Lunch Worked | 125.87 | 3220.46 | City Withheld (Baysid | 117.20 | 2107.57 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | XX Union Dues - 119 | 33.04 | 847.31 | | |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Vol STD | 16.08 | 385.92 | 11/02/25 | 11/15/25 |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 345.60 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 157.34 | 1676.50 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | Hourly | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 157.34 | 2144.20 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 3514.33 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Holiday Leave Entitlement E | 20.98 | 7.50 |
| XX Regular Hours | 20.98 | 57.75 |
| XX Holiday Overtime Pay | 31.47 | 16.25 |
| XX Lunch Worked | 20.98 | 6.00 |
| XX Overtime Pay | 31.47 | 37.08 |
| XX Sick Leave Entitlement Earni | 20.98 | 7.50 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 63.52 | 2328.86 |
| 3330.25 | 937.87 | | |
| 63229.40 | 16313.29 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 11/21/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436