

## GROSS PAY

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| XX Late Mandation | 0.00 | 50.00 |
| XX Regular Hours | 1363.60 | 29575.94 |
| XX Overtime Pay | 928.29 | 16970.26 |
| XX Lunch Worked | 157.33 | 3094.59 |
| XX Regular Hours R | 0.00 | 563.04 |
| XX Overtime Pay Re | 0.00 | 446.56 |
| XX Holiday Overtim | 0.00 | 242.95 |
| XX Stress Day | 0.00 | 153.35 |
| XX Lunch Worked Re | 0.00 | 60.47 |
| XX Holiday Overtim | 0.00 | 20.16 |
| XX Retention Payme | 0.00 | 1095.00 |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 |
| XX Personal Leave Entitlement P | 0.00 | 460.05 |
| XX Personal Leave Entitlement R | 0.00 | 26.31 |
| XX Sick Leave Entitlement Paym | 0.00 | 1986.86 |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 |
| XX Vacation Leave Entitlement P | 157.34 | 3514.33 |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 65.00 |
| XX Lunch Worked | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 29.50 |
| XX Vacation Leave Entitlement | 20.98 | 7.50 |

## OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| FIT Withheld | 250.90 | 6064.45 |
| Social Security Emplo | 161.61 | 3713.75 |
| Medicare Employee | 37.80 | 868.54 |
| SIT Withheld (NY) | 115.99 | 2738.31 |
| City Withheld (Baysid | 86.44 | 1990.37 |
| XX Union Dues - 119 | 33.57 | 814.27 |
| XX Vol STD | 16.08 | 369.84 |
| XX Vol Critical Illness | 14.40 | 331.20 |

| NAME |  |
|---|---|
| Diane E Turner-Steer | |
| CHECK NO | EMPLOYEE NO |
| 0000000000 | 202757 |
| PAY START DATE | PAY END DATE |
| 10/19/25 | 11/01/25 |

| BASIS FOR RATE OF PAY |
|---|
| Hourly |

### CURRENT INFORMATION

| GROSS PAY | CURRENT TAXES |
|---|---|
| 2606.56 | 652.74 |
| 59899.15 | 15375.42 |
| YEAR TO DATE INFORMATION | |

| TOTAL DEDUCTIONS | NET PAY |
|---|---|
| 64.05 | 1889.77 |

| CHECK DATE |
|---|
| 11/07/25 |
| CHECK NO. |
| 0000000000 |

UCP Associations of NYS, Inc.
40 Rector Street, 15th Floor
New York, NY 10006

0000000000

| AMOUNT |
|---|
| VOID*VOID*VOID |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 167.22 | 5813.55 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 912.14 | 28212.34 | Social Security Emplo | 126.90 | 3552.14 | | |
| XX Overtime Pay | 426.70 | 16041.97 | Medicare Employee | 29.68 | 830.74 | 0000000000 | 202757 |
| XX Lunch Worked | 78.65 | 2937.26 | SIT Withheld (NY) | 85.20 | 2622.32 | | |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 63.18 | 1903.93 | PAY START DATE | PAY END DATE |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues - 119 | 32.40 | 780.70 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 353.76 | 10/05/25 | 10/18/25 |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 316.80 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | Hourly | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 1986.86 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 629.36 | 3356.99 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 43.48 |
| XX Lunch Worked | 20.98 | 3.75 |
| XX Overtime Pay | 31.47 | 13.56 |
| XX Vacation Leave Entitlement | 20.98 | 30.00 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | 62.88 | 1511.79 |
| 2046.85 | 472.18 | | | |
| 57292.59 | 14722.68 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | | |
|---|---|---|---|---|
| 10/24/25 | 40 Rector Street, 15th Floor | | AMOUNT | |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID | |
| 0000000000 | | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436