

| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 294.45 | 5646.33 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1363.60 | 27300.20 | Social Security Emplo | 173.88 | 3425.24 | 0000000000 | 202757 |
| XX Overtime Pay | 1047.55 | 15615.27 | Medicare Employee | 40.66 | 801.06 | | |
| XX Lunch Worked | 157.33 | 2858.61 | SIT Withheld (NY) | 126.87 | 2537.12 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 94.85 | 1840.75 | 09/21/25 | 10/04/25 |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues – 119 | 35.14 | 748.30 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 337.68 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 302.40 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | XX STD EE | -2.40 | 0.00 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 78.67 | 1986.86 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 157.34 | 2727.63 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 65.00 |
| XX Lunch Worked | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 33.29 |
| XX Sick Leave Entitlement Earni | 20.98 | 3.75 |
| XX Vacation Leave Entitlement | 20.98 | 7.50 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 63.22 | 2010.56 |
| 2804.49 | 730.71 | | |
| 55245.74 | 14250.50 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 10/10/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 211.92 | 5351.88 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1520.94 | 25936.60 | Social Security Emplo | 150.00 | 3251.36 | 0000000000 | 202757 |
| XX Overtime Pay | 583.73 | 14567.72 | Medicare Employee | 35.08 | 760.40 | | |
| XX Lunch Worked | 157.33 | 2701.28 | SIT Withheld (NY) | 105.69 | 2410.25 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 78.64 | 1745.90 | 09/07/25 | 09/20/25 |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues - 119 | 36.71 | 713.16 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 321.60 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 288.00 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | XX STD EE | 0.00 | 2.40 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 157.34 | 1908.19 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 72.50 |
| XX Lunch Worked | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 18.55 |
| XX Sick Leave Entitlement Earni | 20.98 | 7.50 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 67.19 | 1770.82 |
| 2419.34 | 581.33 | | |
| 52441.25 | 13519.79 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 09/26/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436