

| GROSS PAY | | | OTHER DEDUCTIONS | | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 268.51 | 5139.96 | | |
| XX Regular Hours | 1536.69 | 24415.66 | Social Security Emplo | 166.57 | 3101.36 | | |
| XX Overtime Pay | 597.89 | 13983.99 | Medicare Employee | 38.96 | 725.32 | | |
| XX Lunch Worked | 141.59 | 2543.95 | SIT Withheld (NY) | 120.39 | 2304.56 | | |
| XX Regular Hours R | 131.24 | 563.04 | City Withheld (Baysid | 89.84 | 1667.26 | | |
| XX Overtime Pay Re | 70.40 | 446.56 | XX Union Dues - 119 | 40.37 | 676.45 | | |
| XX Lunch Worked Re | 13.87 | 60.47 | XX Vol STD | 16.08 | 305.52 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol Critical Illness | 14.40 | 273.60 | | |
| XX Stress Day | 0.00 | 153.35 | XX STD EE | 1.20 | 2.40 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 157.34 | 1519.16 | | | | | |
| XX Holiday Leave Entitlement Ret | 7.98 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 7.98 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 1750.85 | | | | | |
| XX Sick Leave Entitlement Retroa | 9.64 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 11.97 | 91.40 | | | | | |

| NAME |
|---|
| Diane E Turner-Steer |

| CHECK NO | EMPLOYEE NO |
|---|---|
| 0000000000 | 202757 |

| PAY START DATE | PAY END DATE |
|---|---|
| 08/24/25 | 09/06/25 |

| BASIS FOR RATE OF PAY |
|---|
| Hourly |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 73.25 |
| XX Holiday Leave Entitlement E | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 19.00 |
| XX Lunch Worked | 20.98 | 6.75 |

| CURRENT INFORMATION | |
|---|---|
| GROSS PAY | CURRENT TAXES |
| 2686.59 | 684.27 |
| 50021.91 | 12938.46 |
| YEAR TO DATE INFORMATION | |

| TOTAL DEDUCTIONS | NET PAY |
|---|---|
| 72.05 | 1930.27 |

| CHECK DATE |
|---|
| 09/12/25 |
| CHECK NO. |
| 0000000000 |

UCP Associations of NYS, Inc.
40 Rector Street, 15th Floor
New York, NY 10006

0000000000

| AMOUNT |
|---|
| VOID*VOID*VOID |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



## GROSS PAY

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| XX Late Mandation | 0.00 | 50.00 |
| XX Regular Hours | 1338.87 | 22878.97 |
| XX Overtime Pay | 800.49 | 13386.10 |
| XX Lunch Worked | 138.03 | 2402.36 |
| XX Regular Hours R | 0.00 | 431.80 |
| XX Overtime Pay Re | 0.00 | 376.16 |
| XX Holiday Overtim | 0.00 | 242.95 |
| XX Stress Day | 0.00 | 153.35 |
| XX Lunch Worked Re | 0.00 | 46.60 |
| XX Holiday Overtim | 0.00 | 20.16 |
| XX Retention Payme | 0.00 | 1095.00 |
| XX Holiday Leave Entitlement Pa | 0.00 | 1361.82 |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.66 |
| XX Personal Leave Entitlement P | 153.35 | 460.05 |
| XX Personal Leave Entitlement R | 0.00 | 18.33 |
| XX Sick Leave Entitlement Paym | 153.35 | 1750.85 |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 |
| XX Vacation Leave Entitlement P | 0.00 | 2570.29 |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 65.48 |
| XX Lunch Worked | 20.45 | 6.75 |
| XX Sick Leave Entitlement Earni | 20.45 | 7.50 |
| XX Personal Leave Entitlement | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 26.10 |

## OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| FIT Withheld | 245.96 | 4871.45 |
| Social Security Emplo | 160.21 | 2934.79 |
| Medicare Employee | 37.47 | 686.36 |
| SIT Withheld (NY) | 114.75 | 2184.17 |
| City Withheld (Baysid | 85.48 | 1577.42 |
| XX Union Dues - 119 | 27.45 | 636.08 |
| XX Vol STD | 16.08 | 289.44 |
| XX Vol Critical Illness | 14.40 | 259.20 |
| XX STD EE | 1.20 | 1.20 |

**NAME:** Diane E Turner-Steer
**CHECK NO:** 0000000000
**EMPLOYEE NO:** 202757
**PAY START DATE:** 08/10/25
**PAY END DATE:** 08/23/25

**BASIS FOR RATE OF PAY:** Hourly

### CURRENT INFORMATION

| GROSS PAY | CURRENT TAXES |
|---|---|
| 2584.09 | 643.87 |
| 47335.32 | 12254.19 |

**YEAR TO DATE INFORMATION**

**TOTAL DEDUCTIONS:** 59.13
**NET PAY:** 1881.09

---

**CHECK DATE:** 08/29/25
**CHECK NO.:** 0000000000

UCP Associations of NYS, Inc.
40 Rector Street, 15th Floor
New York, NY 10006

0000000000

**AMOUNT:** VOID*VOID*VOID

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436