

| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 187.18 | 4625.49 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1191.03 | 21540.10 | Social Security Emplo | 137.22 | 2774.58 | 0000000000 | 202757 |
| XX Overtime Pay | 513.42 | 12585.61 | Medicare Employee | 32.09 | 648.89 | | |
| XX Lunch Worked | 138.03 | 2264.33 | SIT Withheld (NY) | 94.35 | 2069.42 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 431.80 | City Withheld (Baysid | 70.09 | 1491.94 | 07/27/25 | 08/09/25 |
| XX Overtime Pay Re | 0.00 | 376.16 | XX Union Dues - 119 | 34.00 | 608.63 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 273.36 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 244.80 | | |
| XX Lunch Worked Re | 0.00 | 46.60 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1361.82 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.68 | | | | | |
| XX Personal Leave Entitlement P | 153.35 | 306.70 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 18.33 | | | | | |
| XX Sick Leave Entitlement Paym | 64.00 | 1597.50 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 | | | | | |
| XX Vacation Leave Entitlement P | 153.35 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 58.25 |
| XX Lunch Worked | 20.45 | 6.75 |
| XX Sick Leave Entitlement Earni | 20.45 | 3.13 |
| XX Vacation Leave Entitlement | 20.45 | 7.50 |
| XX Personal Leave Entitlement | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 16.74 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 64.48 | 1627.77 |
| 2213.18 | 520.93 | | |
| 44751.23 | 11610.32 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 08/15/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 162.18 | 4438.31 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1206.78 | 20349.07 | Social Security Emplo | 124.30 | 2637.36 | | |
| XX Lunch Worked | 107.37 | 2126.30 | Medicare Employee | 29.07 | 616.80 | 0000000000 | 202757 |
| XX Overtime Pay | 77.29 | 12072.19 | SIT Withheld (NY) | 82.89 | 1975.07 | | |
| XX Regular Hours R | 0.00 | 431.80 | City Withheld (Baysid | 61.44 | 1421.85 | PAY START DATE | PAY END DATE |
| XX Overtime Pay Re | 0.00 | 376.16 | XX Union Dues - 119 | 38.55 | 574.63 | 07/13/25 | 07/26/25 |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 257.28 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 230.40 | | |
| XX Lunch Worked Re | 0.00 | 46.60 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 153.35 | 1361.82 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.66 | | | | Hourly | |
| XX Personal Leave Entitlement P | 0.00 | 153.35 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 18.33 | | | | | |
| XX Sick Leave Entitlement Paym | 153.35 | 1533.50 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 | | | | | |
| XX Vacation Leave Entitlement P | 306.70 | 2416.94 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 59.02 |
| XX Lunch Worked | 20.45 | 5.25 |
| XX Sick Leave Entitlement Earni | 20.45 | 7.50 |
| XX Vacation Leave Entitlement | 20.45 | 15.00 |
| XX Holiday Leave Entitlement E | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 2.52 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | 69.03 | 1475.93 |
| 2004.84 | 459.88 | | | |
| 42538.05 | 11089.39 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 08/01/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436