

## cp unlimited
PROGRESS WITH PURPOSE & CARE

| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 360.67 | 4276.13 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1467.07 | 19142.29 | Social Security Emplo | 192.54 | 2513.06 | | |
| XX Overtime Pay | 1316.37 | 11994.90 | Medicare Employee | 45.03 | 587.73 | 0000000000 | 202757 |
| XX Lunch Worked | 168.70 | 2018.93 | SIT Withheld (NY) | 143.43 | 1892.18 | | |
| XX Regular Hours R | 0.00 | 431.80 | City Withheld (Baysid | 107.65 | 1360.41 | PAY START DATE | PAY END DATE |
| XX Overtime Pay Re | 0.00 | 376.16 | XX Union Dues - 119 | 35.78 | 536.08 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 241.20 | 06/29/25 | 07/12/25 |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 216.00 | | |
| XX Lunch Worked Re | 0.00 | 46.60 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 153.35 | 1208.47 | | | | | |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.66 | | | | BASIS FOR RATE OF PAY | |
| XX Personal Leave Entitlement P | 0.00 | 153.35 | | | | Hourly | |
| XX Personal Leave Entitlement R | 0.00 | 18.33 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 1380.15 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 2110.24 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 71.75 |
| XX Lunch Worked | 20.45 | 8.25 |
| XX Holiday Leave Entitlement E | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 42.92 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | 66.26 | 2189.91 |
| 3105.49 | 849.32 | | | |
| 40533.21 | 10629.51 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | AMOUNT |
|---|---|---|---|
| 07/18/25 | 40 Rector Street, 15th Floor | | VOID*VOID*VOID |
| CHECK NO. | New York, NY 10006 | | |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436