

## GROSS PAY

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| XX Late Mandation | 0.00 | 50.00 |
| XX Regular Hours | 1467.07 | 19142.29 |
| XX Overtime Pay | 1316.37 | 11994.90 |
| XX Lunch Worked | 168.70 | 2018.93 |
| XX Regular Hours R | 0.00 | 431.80 |
| XX Overtime Pay Re | 0.00 | 376.16 |
| XX Holiday Overtim | 0.00 | 242.95 |
| XX Stress Day | 0.00 | 153.35 |
| XX Lunch Worked Re | 0.00 | 46.60 |
| XX Holiday Overtim | 0.00 | 20.16 |
| XX Retention Payme | 0.00 | 1095.00 |
| XX Holiday Leave Entitlement Pa | 153.35 | 1208.47 |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.66 |
| XX Personal Leave Entitlement P | 0.00 | 153.35 |
| XX Personal Leave Entitlement R | 0.00 | 18.33 |
| XX Sick Leave Entitlement Paym | 0.00 | 1380.15 |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 |
| XX Vacation Leave Entitlement P | 0.00 | 2110.24 |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 71.75 |
| XX Lunch Worked | 20.45 | 8.25 |
| XX Holiday Leave Entitlement E | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 42.92 |

## OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | YTD |
|---|---|---|
| FIT Withheld | 360.67 | 4276.13 |
| Social Security Emplo | 192.54 | 2513.06 |
| Medicare Employee | 45.03 | 587.73 |
| SIT Withheld (NY) | 143.43 | 1892.18 |
| City Withheld (Baysid | 107.65 | 1360.41 |
| XX Union Dues - 119 | 35.78 | 536.08 |
| XX Vol STD | 16.08 | 241.20 |
| XX Vol Critical Illness | 14.40 | 216.00 |

**NAME:** Diane E Turner-Steer
**CHECK NO:** 0000000000
**EMPLOYEE NO:** 202757
**PAY START DATE:** 06/29/25
**PAY END DATE:** 07/12/25

**BASIS FOR RATE OF PAY:** Hourly

### CURRENT INFORMATION

| GROSS PAY | CURRENT TAXES |
|---|---|
| 3105.49 | 849.32 |

### YEAR TO DATE INFORMATION

| | |
|---|---|
| 40533.21 | 10629.51 |

**TOTAL DEDUCTIONS:** 66.26
**NET PAY:** 2189.91

---

**CHECK DATE:** 07/18/25
**CHECK NO.:** 0000000000

UCP Associations of NYS, Inc.
40 Rector Street, 15th Floor
New York, NY 10006

0000000000

**AMOUNT:** VOID*VOID*VOID

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 187.18 | 4625.49 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1191.03 | 21540.10 | Social Security Emplo | 137.22 | 2774.58 | 0000000000 | 202757 |
| XX Overtime Pay | 513.42 | 12585.61 | Medicare Employee | 32.09 | 648.89 | | |
| XX Lunch Worked | 138.03 | 2264.33 | SIT Withheld (NY) | 94.35 | 2069.42 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 431.80 | City Withheld (Baysid | 70.09 | 1491.94 | 07/27/25 | 08/09/25 |
| XX Overtime Pay Re | 0.00 | 376.16 | XX Union Dues - 119 | 34.00 | 608.63 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 273.36 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 244.80 | | |
| XX Lunch Worked Re | 0.00 | 46.60 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1361.82 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.68 | | | | | |
| XX Personal Leave Entitlement P | 153.35 | 306.70 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 18.33 | | | | | |
| XX Sick Leave Entitlement Paym | 64.00 | 1597.50 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 | | | | | |
| XX Vacation Leave Entitlement P | 153.35 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 58.25 |
| XX Lunch Worked | 20.45 | 6.75 |
| XX Sick Leave Entitlement Earni | 20.45 | 3.13 |
| XX Vacation Leave Entitlement | 20.45 | 7.50 |
| XX Personal Leave Entitlement | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 16.74 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 64.48 | 1627.77 |
| 2213.18 | 520.93 | | |
| 44751.23 | 11610.32 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 08/15/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 162.18 | 4438.31 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1206.78 | 20349.07 | Social Security Emplo | 124.30 | 2637.36 | | |
| XX Lunch Worked | 107.37 | 2126.30 | Medicare Employee | 29.07 | 616.80 | 0000000000 | 202757 |
| XX Overtime Pay | 77.29 | 12072.19 | SIT Withheld (NY) | 82.89 | 1975.07 | | |
| XX Regular Hours R | 0.00 | 431.80 | City Withheld (Baysid | 61.44 | 1421.85 | PAY START DATE | PAY END DATE |
| XX Overtime Pay Re | 0.00 | 376.16 | XX Union Dues - 119 | 38.55 | 574.63 | 07/13/25 | 07/26/25 |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 257.28 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 230.40 | | |
| XX Lunch Worked Re | 0.00 | 46.60 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 153.35 | 1361.82 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.66 | | | | Hourly | |
| XX Personal Leave Entitlement P | 0.00 | 153.35 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 18.33 | | | | | |
| XX Sick Leave Entitlement Paym | 153.35 | 1533.50 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 | | | | | |
| XX Vacation Leave Entitlement P | 306.70 | 2416.94 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 59.02 |
| XX Lunch Worked | 20.45 | 5.25 |
| XX Sick Leave Entitlement Earni | 20.45 | 7.50 |
| XX Vacation Leave Entitlement | 20.45 | 15.00 |
| XX Holiday Leave Entitlement E | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 2.52 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | 69.03 | 1475.93 |
| 2004.84 | 459.88 | | | |
| 42538.05 | 11089.39 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 08/01/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 268.51 | 5139.96 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1536.69 | 24415.66 | Social Security Emplo | 166.57 | 3101.36 | | |
| XX Overtime Pay | 597.89 | 13983.99 | Medicare Employee | 38.96 | 725.32 | 0000000000 | 202757 |
| XX Lunch Worked | 141.59 | 2543.95 | SIT Withheld (NY) | 120.39 | 2304.56 | | |
| XX Regular Hours R | 131.24 | 563.04 | City Withheld (Baysid | 89.84 | 1667.26 | PAY START DATE | PAY END DATE |
| XX Overtime Pay Re | 70.40 | 446.56 | XX Union Dues - 119 | 40.37 | 676.45 | | |
| XX Lunch Worked Re | 13.87 | 60.47 | XX Vol STD | 16.08 | 305.52 | 08/24/25 | 09/06/25 |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol Critical Illness | 14.40 | 273.60 | | |
| XX Stress Day | 0.00 | 153.35 | XX STD EE | 1.20 | 2.40 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 157.34 | 1519.16 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Ret | 7.98 | 44.64 | | | | Hourly | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 7.98 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 1750.85 | | | | | |
| XX Sick Leave Entitlement Retroa | 9.64 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 11.97 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 73.25 |
| XX Holiday Leave Entitlement E | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 19.00 |
| XX Lunch Worked | 20.98 | 6.75 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | | |
| 2686.59 | 684.27 | | 72.05 | 1930.27 |
| 50021.91 | 12938.46 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE |
|---|
| 09/12/25 |
| CHECK NO. |
| 0000000000 |

UCP Associations of NYS, Inc.
40 Rector Street, 15th Floor
New York, NY 10006

0000000000

| AMOUNT |
|---|
| VOID*VOID*VOID |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 245.96 | 4871.45 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1338.87 | 22878.97 | Social Security Emplo | 160.21 | 2934.79 | 0000000000 | 202757 |
| XX Overtime Pay | 800.49 | 13386.10 | Medicare Employee | 37.47 | 686.36 | | |
| XX Lunch Worked | 138.03 | 2402.36 | SIT Withheld (NY) | 114.75 | 2184.17 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 431.80 | City Withheld (Baysid | 85.48 | 1577.42 | 08/10/25 | 08/23/25 |
| XX Overtime Pay Re | 0.00 | 376.16 | XX Union Dues - 119 | 27.45 | 636.08 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 289.44 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 259.20 | | |
| XX Lunch Worked Re | 0.00 | 46.60 | XX STD EE | 1.20 | 1.20 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1361.82 | | | | | |
| XX Holiday Leave Entitlement Ret | 0.00 | 36.66 | | | | BASIS FOR RATE OF PAY | |
| XX Personal Leave Entitlement P | 153.35 | 460.05 | | | | Hourly | |
| XX Personal Leave Entitlement R | 0.00 | 18.33 | | | | | |
| XX Sick Leave Entitlement Paym | 153.35 | 1750.85 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 24.44 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 79.43 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.45 | 65.48 |
| XX Lunch Worked | 20.45 | 6.75 |
| XX Sick Leave Entitlement Earni | 20.45 | 7.50 |
| XX Personal Leave Entitlement | 20.45 | 7.50 |
| XX Overtime Pay | 30.67 | 26.10 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | 59.13 | 1881.09 |
| 2584.09 | 643.87 | | | |
| 47335.32 | 12254.19 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 08/29/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 294.45 | 5646.33 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1363.60 | 27300.20 | Social Security Emplo | 173.88 | 3425.24 | 0000000000 | 202757 |
| XX Overtime Pay | 1047.55 | 15615.27 | Medicare Employee | 40.66 | 801.06 | | |
| XX Lunch Worked | 157.33 | 2858.61 | SIT Withheld (NY) | 126.87 | 2537.12 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 94.85 | 1840.75 | 09/21/25 | 10/04/25 |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues - 119 | 35.14 | 748.30 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 337.68 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 302.40 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | XX STD EE | -2.40 | 0.00 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | Hourly | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 78.67 | 1986.86 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 157.34 | 2727.63 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 65.00 |
| XX Lunch Worked | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 33.29 |
| XX Sick Leave Entitlement Earni | 20.98 | 3.75 |
| XX Vacation Leave Entitlement | 20.98 | 7.50 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 63.22 | 2010.56 |
| 2804.49 | 730.71 | | |
| 55245.74 | 14250.50 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 10/10/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 211.92 | 5351.88 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1520.94 | 25936.60 | Social Security Emplo | 150.00 | 3251.36 | 0000000000 | 202757 |
| XX Overtime Pay | 583.73 | 14567.72 | Medicare Employee | 35.08 | 760.40 | | |
| XX Lunch Worked | 157.33 | 2701.28 | SIT Withheld (NY) | 105.69 | 2410.25 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 78.64 | 1745.90 | 09/07/25 | 09/20/25 |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues - 119 | 36.71 | 713.16 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 321.60 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 288.00 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | XX STD EE | 0.00 | 2.40 | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | BASIS FOR RATE OF PAY | |
| XX Retention Payme | 0.00 | 1095.00 | | | | Hourly | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 157.34 | 1908.19 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 2570.29 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 72.50 |
| XX Lunch Worked | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 18.55 |
| XX Sick Leave Entitlement Earni | 20.98 | 7.50 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 67.19 | 1770.82 |
| 2419.34 | 581.33 | | |
| 52441.25 | 13519.79 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 09/26/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 250.90 | 6064.45 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1363.60 | 29575.94 | Social Security Emplo | 161.61 | 3713.75 | 0000000000 | 202757 |
| XX Overtime Pay | 928.29 | 16970.26 | Medicare Employee | 37.80 | 868.54 | | |
| XX Lunch Worked | 157.33 | 3094.59 | SIT Withheld (NY) | 115.99 | 2738.31 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 86.44 | 1990.37 | 10/19/25 | 11/01/25 |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues - 119 | 33.57 | 814.27 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 369.84 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 331.20 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 1986.86 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 157.34 | 3514.33 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 65.00 |
| XX Lunch Worked | 20.98 | 7.50 |
| XX Overtime Pay | 31.47 | 29.50 |
| XX Vacation Leave Entitlement | 20.98 | 7.50 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 64.05 | 1889.77 |
| 2606.56 | 652.74 | | |
| 59899.15 | 15375.42 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | AMOUNT |
|---|---|---|---|
| 11/07/25 | 40 Rector Street, 15th Floor | | VOID*VOID*VOID |
| CHECK NO. | New York, NY 10006 | | |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 167.22 | 5813.55 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 912.14 | 28212.34 | Social Security Emplo | 126.90 | 3552.14 | | |
| XX Overtime Pay | 426.70 | 16041.97 | Medicare Employee | 29.68 | 830.74 | 0000000000 | 202757 |
| XX Lunch Worked | 78.65 | 2937.26 | SIT Withheld (NY) | 85.20 | 2622.32 | | |
| XX Regular Hours R | 0.00 | 563.04 | City Withheld (Baysid | 63.18 | 1903.93 | PAY START DATE | PAY END DATE |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Union Dues - 119 | 32.40 | 780.70 | | |
| XX Holiday Overtim | 0.00 | 242.95 | XX Vol STD | 16.08 | 353.76 | 10/05/25 | 10/18/25 |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 316.80 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 0.00 | 1519.16 | | | | | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | BASIS FOR RATE OF PAY | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | Hourly | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 1996.86 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 629.36 | 3356.99 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Regular Hours | 20.98 | 43.48 |
| XX Lunch Worked | 20.98 | 3.75 |
| XX Overtime Pay | 31.47 | 13.56 |
| XX Vacation Leave Entitlement | 20.98 | 30.00 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | | |
| 2046.85 | 472.18 | | 62.88 | 1511.79 |
| 57292.59 | 14722.68 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 10/24/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 – 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436



| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 171.11 | 6645.68 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1178.36 | 31965.81 | Social Security Emplo | 128.92 | 4049.14 | 0000000000 | 202757 |
| XX Overtime Pay | 617.71 | 18754.81 | Medicare Employee | 30.15 | 946.98 | | |
| XX Lunch Worked | 125.87 | 3346.33 | SIT Withheld (NY) | 86.99 | 2981.09 | PAY START DATE | PAY END DATE |
| XX Holiday Overtim | 0.00 | 754.30 | City Withheld (Baysid | 64.53 | 2172.10 | 11/16/25 | 11/29/25 |
| XX Regular Hours R | 0.00 | 563.04 | XX Union Dues - 119 | 29.23 | 876.54 | | |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Vol STD | 16.08 | 402.00 | | |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 360.00 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | BASIS FOR RATE OF PAY | |
| XX Holiday Leave Entitlement Pa | 157.34 | 1833.84 | | | | Hourly | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 0.00 | 2144.20 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 3514.33 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Holiday Leave Entitlement E | 20.98 | 7.50 |
| XX Regular Hours | 20.98 | 56.17 |
| XX Lunch Worked | 20.98 | 6.00 |
| XX Overtime Pay | 31.47 | 19.63 |

| CURRENT INFORMATION | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| GROSS PAY | CURRENT TAXES | 59.71 | 1537.87 |
| 2079.28 | 481.70 | | |
| 65308.68 | 16794.99 | | |
| YEAR TO DATE INFORMATION | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 12/05/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

**UCP Associations of NYS, Inc.**
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.



## cp unlimited
PROGRESS WITH PURPOSE & CARE

| GROSS PAY | | | OTHER DEDUCTIONS | | | NAME | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | YTD | DESCRIPTION | AMOUNT | YTD | Diane E Turner-Steer | |
| XX Late Mandation | 0.00 | 50.00 | FIT Withheld | 410.12 | 6474.57 | CHECK NO | EMPLOYEE NO |
| XX Regular Hours | 1211.51 | 30787.45 | Social Security Emplo | 206.47 | 3920.22 | | |
| XX Overtime Pay | 1166.84 | 18137.10 | Medicare Employee | 48.29 | 916.83 | 0000000000 | 202757 |
| XX Holiday Overtim | 511.35 | 754.30 | SIT Withheld (NY) | 155.79 | 2894.10 | | |
| XX Lunch Worked | 125.87 | 3220.46 | City Withheld (Baysid | 117.20 | 2107.57 | PAY START DATE | PAY END DATE |
| XX Regular Hours R | 0.00 | 563.04 | XX Union Dues - 119 | 33.04 | 847.31 | | |
| XX Overtime Pay Re | 0.00 | 446.56 | XX Vol STD | 16.08 | 385.92 | 11/02/25 | 11/15/25 |
| XX Stress Day | 0.00 | 153.35 | XX Vol Critical Illness | 14.40 | 345.60 | | |
| XX Lunch Worked Re | 0.00 | 60.47 | | | | | |
| XX Holiday Overtim | 0.00 | 20.16 | | | | | |
| XX Retention Payme | 0.00 | 1095.00 | | | | | |
| XX Holiday Leave Entitlement Pa | 157.34 | 1676.50 | | | | | |
| XX Holiday Leave Entitlement Ret | 0.00 | 44.64 | | | | BASIS FOR RATE OF PAY | |
| XX Personal Leave Entitlement P | 0.00 | 460.05 | | | | Hourly | |
| XX Personal Leave Entitlement R | 0.00 | 26.31 | | | | | |
| XX Sick Leave Entitlement Paym | 157.34 | 2144.20 | | | | | |
| XX Sick Leave Entitlement Retroa | 0.00 | 34.08 | | | | | |
| XX Vacation Leave Entitlement P | 0.00 | 3514.33 | | | | | |
| XX Vacation Leave Entitlement R | 0.00 | 91.40 | | | | | |

| DESCRIPTION | RATE | HOURS |
|---|---|---|
| XX Holiday Leave Entitlement E | 20.98 | 7.50 |
| XX Regular Hours | 20.98 | 57.75 |
| XX Holiday Overtime Pay | 31.47 | 16.25 |
| XX Lunch Worked | 20.98 | 6.00 |
| XX Overtime Pay | 31.47 | 37.08 |
| XX Sick Leave Entitlement Earni | 20.98 | 7.50 |

| CURRENT INFORMATION | | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| GROSS PAY | CURRENT TAXES | | | |
| 3330.25 | 937.87 | | 63.52 | 2328.86 |
| 63229.40 | 16313.29 | | | |
| YEAR TO DATE INFORMATION | | | | |

| CHECK DATE | UCP Associations of NYS, Inc. | 0000000000 | |
|---|---|---|---|
| 11/21/25 | 40 Rector Street, 15th Floor | | AMOUNT |
| CHECK NO. | New York, NY 10006 | | VOID*VOID*VOID |
| 0000000000 | | | |

**Deposited to the account of**
VOID*VOID*VOID*VOID*VOID

**NON-NEGOTIABLE**

UCP Associations of NYS, Inc.
40 Rector Street
15th Floor
New York, NY 10006
(212) 947 - 5770

1512
Diane E Turner-Steer
116-14 139th St.
Ozone Park, NY 11436