Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Diane E Turner-Steer |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of New York | |
| Case number | 25-42962 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7861

**Date of payment change:**
Must be at least 21 days after date of this notice — 11/01/2025

**New total payment:**
Principal, interest, and escrow, if any — $1,341.86

**Uniform Claim Identifier:** WFCMGF2542962NYE42427861

---

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

_____

Current escrow payment: $557.86    New escrow payment: $567.37

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

_____

Current interest rate: _____    New interest rate: _____

Current principal and interest payment: _____    New principal and interest payment: _____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

---

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim.  As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| ✘ /s/ Angela M Mills-Fowler | Date | 10/02/2025 |
|---|---|---|
| Signature | | |

| Print: | Angela M Mills-Fowler | Title | VP Loan Documentation |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company
Address

Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

Specific Contact Information:
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

### Escrow Review Statement
*For informational purposes only*

**Statement Date:** September 29, 2025
**Loan number:** 
**Property address:**
    116 -14 139TH ST
    JAMAICA NY 11436

DIANE E TURNER-STEER
11614 139TH ST
JAMAICA NY 11436-1210

### Customer Service




**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

---

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**. See box to the right and subsequent pages for additional information.

- **Payments:** As of the **November 1, 2025** payment, the escrow portion of the payment **increases**.

> ### The escrow account has a shortage of
> ### $53.00

---

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 10/01/2025 payment date | New payment beginning with the 11/01/2025 payment |
|---|---|---|
| **Principal and/or interest** | $774.49 | $774.49 |
| **Escrow payment** | $557.86 | $567.37 |
| **Total payment amount** | $1,332.35 | $1,341.86 |

#### Option 1: No action required

Starting **November 1, 2025** the new payment amount will be **$1,341.86**

### Option 2 — Pay the shortage amount of $53.00

| | Previous payment through 10/01/2025 payment date | New payment beginning with the 11/01/2025 payment |
|---|---|---|
| **Principal and/or interest** | $774.49 | $774.49 |
| **Escrow payment** | $557.86 | $562.95 |
| **Total payment amount** | $1,332.35 | $1,337.44 |

#### Option 2: Pay shortage in full

Starting **November 1, 2025** the new payment amount will be **$1,337.44**

**Note:** Since a bill pay or third-party payment service is used, please remember to adjust the mortgage payment amount. This applies to both options.

**See the following pages and the additional enclosure for more detail.**

---



*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage.*

DIANE E TURNER-STEER

Wells Fargo Home Mortgage
PO Box 105647
Atlanta, GA 30348-5647

If you choose to pay the shortage in full as referenced in Option 2, you may make the payment any of the following ways:

- Online: Access this account at wellsfargo.com and schedule a payment by placing the entire shortage amount of **$53.00** in the 'Additional escrow' field.
- Phone: Use the Telephone number provided in the Customer Service section above.
- Mail: Detach this coupon and mail it along with a check for **$53.00** to the address that appears on this coupon.

**The entire amount must be paid prior to making the November 1, 2025 payment.**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $1,051.69. For the coming year, we expect the amount paid from escrow to be $6,755.46.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 11/23 - 10/24 (Actual) | 11/24 - 10/25 (Actual) | 07/25 - 09/25 (Actual) | 11/25 - 10/26 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,848.64 | $4,084.46 | $1,051.69 | $4,084.46 | ÷ | 12 | = | $340.37 |
| **Property insurance** | $3,216.00 | $2,671.00 | $0.00 | $2,671.00 | ÷ | 12 | = | $222.58 |
| **Total taxes and insurance** | $7,064.64 | $6,755.46 | $1,051.69 | $6,755.46 | ÷ | 12 | = | $562.95 |
| **Escrow shortage** | $2,620.69 | $0.00 | $0.00 | $53.00 | ÷ | 12 | = | $4.42** |
| **Total escrow** | $9,685.33 | $6,755.46 | $1,051.69 | $6,808.46 | ÷ | 12 | = | $567.37 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected post-petition¶ escrow balance will be greater or less than the required minimum post-petition balance. This is determined by subtracting the required minimum post-petition balance from the lowest projected post-petition balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected post-petition escrow balance December 2025 |  | $1,072.91 | (Calculated in Part 4 - Escrow account projections table) |
|---|---|---|---|
| Minimum post-petition balance for the escrow account† | - | $1,125.91 | |
| **Escrow shortage** | = | **-$53.00** | |

¶Post-petition (post-filing) - Occurring after the filing of a bankruptcy petition.

†The minimum post-petition balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

### Important messages

**Act now - purchase your own insurance policy**
Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

**Loan Number:** ⬛⬛⬛⬛⬛⬛

# Part 3 - Escrow account history
See Parts 5 and 6 for post-petition and pre-petition activity

## Escrow account activity from June 2025 to October 2025

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|------|------|-----------|------------|--------|-----------|------------|-------------|--------|-----------|------------|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jun 2025 | | | | | | | Starting Balance | -$1,367.48 | | |
| Jun 2025 | $8.16 | | | $897.80 | | | ESC REFUND | -$2,257.12 | | |
| Jul 2025 | $0.00 | $557.86 | -$557.86 | $0.00 | $0.00 | $0.00 | | -$2,257.12 | $2,978.50 | -$5,235.62 |
| Aug 2025 | $585.74 | $557.86 | $27.88 | $0.00 | $0.00 | $0.00 | | -$1,671.38 | $3,536.36 | -$5,207.74 |
| Sep 2025 (estimate) | $5,781.92 | $557.86 | $5,224.06 | $1,051.69 | $990.54 | $61.15 | QUEENS BORO QTR TAX | $3,058.85 | $3,103.68 | -$44.83 |
| Sep 2025 | $0.00 | $0.00 | $0.00 | $8.16 | $0.00 | $8.16 | ESC REFUND | $3,050.69 | $3,103.68 | -$52.99 |
| Oct 2025 (estimate) | $557.86 | $557.86 | $0.00 | $0.00 | $0.00 | $0.00 | | $3,608.55 | $3,661.54 | -$52.99 |
| Totals | $6,933.68 | $2,231.44 | $4,694.08 | $1,957.65 | $990.54 | $69.31 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

# Part 4 - Escrow account projections

## Escrow account projections from November 2025 to October 2026

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | | Balance required in the account |
|------|------|------|-------------|-------------|-------------|-------------|
| | | | | Contractual | Post-petition | |
| Oct 2025 | | | Starting balance | $3,608.55 | $3,608.55 | $3,661.55 |
| Nov 2025 | $562.95 | $0.00 | | $4,171.50 | $4,171.50 | $4,224.50 |
| Dec 2025 | $562.95 | $990.54 | QUEENS BORO QTR TAX | $3,743.91 | $3,743.91 | $3,796.91 |
| Dec 2025 | $0.00 | $2,671.00 | AMERICAN SECURITY GROUP | $1,072.91 | $1,072.91 | $1,125.91 |
| Jan 2026 | $562.95 | $0.00 | | $1,635.86 | $1,635.86 | $1,688.86 |
| Feb 2026 | $562.95 | $0.00 | | $2,198.81 | $2,198.81 | $2,251.81 |
| Mar 2026 | $562.95 | $990.54 | QUEENS BORO QTR TAX | $1,771.22 | $1,771.22 | $1,824.22 |
| Apr 2026 | $562.95 | $0.00 | | $2,334.17 | $2,334.17 | $2,387.17 |
| May 2026 | $562.95 | $0.00 | | $2,897.12 | $2,897.12 | $2,950.12 |
| Jun 2026 | $562.95 | $1,051.69 | QUEENS BORO QTR TAX | $2,408.38 | $2,408.38 | $2,461.38 |
| Jul 2026 | $562.95 | $0.00 | | $2,971.33 | $2,971.33 | $3,024.33 |
| Aug 2026 | $562.95 | $0.00 | | $3,534.28 | $3,534.28 | $3,587.28 |
| Sep 2026 | $562.95 | $1,051.69 | QUEENS BORO QTR TAX | $3,045.54 | $3,045.54 | $3,098.54 |
| Oct 2026 | $562.95 | $0.00 | | $3,608.49 | $3,608.49 | $3,661.49 |
| Totals | $6,755.40 | $6,755.46 | | | | |

# Part 5 – Post-petition escrow account history

## Escrow account activity from June 2025 to October 2025

| Date | Deposits to escrow | Payments from escrow | Description | Post-petition escrow balance |
|------|------|------|-------------|-------------|
| Jun 2025 | | | Starting balance | $3,318.44 |
| Jun 2025 | $8.16 | $897.80 | ESC REFUND | $2,428.80 |
| Aug 2025 | $1,115.72 | $0.00 | | $3,544.52 |
| Sep 2025 | $566.02 | $8.16 | ESC REFUND | $4,102.38 |
| Sep 2025 | $0.00 | $1,051.69 | CITY TAX | $3,050.69 |
| Oct 2025 (estimate) | $557.86 | $0.00 | | $3,608.55 |
| Totals | $2,247.76 | $1,957.65 | | |

# Part 6 – Pre-petition escrow account history

**Pre-petition history activity is not available**

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2022 Wells Fargo Bank, N. A. All rights reserved.
NMLSR ID 399801   Member FDIC



## New York escrow account disclosures

**Following are required escrow account disclosures for customers with properties in New York.**

**1. We established an escrow account for the payment of real estate property taxes and/or property insurance premiums. If an escrow account is required, New York law requires us to disclose the following information.**

**We are obligated to make all payments for taxes and property insurance for which a real property escrow account is maintained. We are also responsible for making the payments in a timely manner, and for any penalties, interest and/or damages to you if the payments are late. We cannot impose any fees relating to the maintenance of the real property tax escrow account.**

**You are obligated to pay one twelfth (1/12) of the annual property insurance premium and annual real estate tax payment each month to us. We in turn deposit your payments into an escrow account. If there is a deficiency or surplus in the account, a greater or lesser amount may be required from you. We maintain all real property escrow account funds in a banking institution whose deposits are insured by a federal agency.**

**In the event that you receive a real property insurance premium notice from your insurer, you are obligated to promptly transmit the premium notice to us or our agent as may be designated in writing by us for payment. Failure to do so may jeopardize your insurance coverage and may excuse us from liability for failure to timely make such real property insurance payments.**

**2. We are registered with the Superintendent of the New York Department of Financial Services as an exempt servicer.  You may file complaints and obtain further information about Wells Fargo by contacting the New York State Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at  www.dfs.ny.gov.**

# Your Escrow Review Statement has been updated

## Here's what you can find on it

### Part 1 – Mortgage payment
Includes the previous and new mortgage payment amount.

### Part 2 – Payment calculations
Shows how we calculated the escrow portion of the payment, as well as any overage or shortage the escrow account may have.

### Part 3 – Escrow account history
Shows:
- How much was put into the escrow account.
- How much was paid out of the escrow account.
- If there's a difference between what we projected and what actually happened.

Shows both the projected and the actual data for this period of time if applicable and

### Part 4 – Escrow account projections
Shows what we expect to be deposited into the escrow account and what we expect to pay out of it in the future, as well as the contractual and post-petition balance after each bill is paid and the balance that's required in the account each month.

### Part 5 — Post-petition escrow account history
Shows:
·      What was deposited into the escrow account.
·      How much we paid out of the escrow account.
·      The balance related to post-petition activity during the time listed.

Generally, these are the monthly payments required on the account. Either the trustee would make these payments as part of the bankruptcy plan or the customer would make them directly.

Some amounts in this section may be noted as an "estimate" if we hadn't yet received an expected deposit or made a planned payment from the escrow account at the time we completed your escrow review. These estimates assume that the deposits will be received and the payments will be made.

### Part 6 — Pre-petition escrow account history
Shows what was deposited to reduce the escrow-related pre-petition arrearage claim of the bankruptcy. This portion of the bankruptcy claim includes the escrow amounts that hadn't been paid, plus any projected escrow shortage, at the time of the filing. This section also shows the remaining balance of the arrearage claim. Generally, the trustee makes these deposits as part of the bankruptcy plan.

**wellsfargo.com/escrow**
- Learn more about how escrow accounts work.
- Watch the videos - for a quick way to better understand escrow accounts.
- Review answers to frequently asked questions.

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

IN RE:                                  CASE NO.:    25-42962

**Diane E Turner-Steer**               CHAPTER:     13

           **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before October 02, 2025, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

## <u>SERVICE LIST</u>

*Debtor:*                 *By U.S. Postal Service First Class Mail Postage Prepaid:*

                         Diane E Turner-Steer
                         116-14 139 Street
                         Jamaica, NY 11436

*Trustee:*                *By CM / ECF Filing:*

                         Krista M Preuss
                         Krista M. Preuss, Chapter 13 Trustee
                         100 Jericho Quadrangle
                         Ste 127
                         Jericho, NY 11753

_____
/s/ Mark Cardenas
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)